PER CURIAM.
Affirmed. See § 775.084(1)(a)(2), Fla. Stat. (1995); State v. Matthews, 891 So.2d 479 (Fla. 2004); Robbins v. State, 816 So.2d 783 (Fla. 2d DCA 2002); Hurlburt v. State, 807 So.2d 687 (Fla. 2d DCA 2002); Cooper v. State, 902 So.2d 945 (Fla. 4th DCA 2005); Hepburn v. State, 778 So.2d 448 (Fla. 3d DCA 2001); Boyd v. State, 753 So.2d 692 (Fla. 4th DCA 2000); Figueroa v. State, 632 So.2d 195 (Fla. 3d DCA 1994).
WALLACE, LUCAS, and BADALAMENTI, JJ., Concur.